Kathryn J. Halford (State Bar No. 68141)
Sally S. Frontman (CA Bar No. 227735)
**WOHLNER KAPLON PHILLIPS YOUNG & CUTLER**
A Professional Corporation
16501 Ventura Boulevard, Suite 304
Encino, California 91436
Telephone:  (818) 501-8030, Ext. 331
Fax: (818) 501-5306
Email: kjhalford@wkpyc.com
Email: sfrontman@wkpyc.com

Attorneys for Plaintiffs the Boards of Directors of the Motion Picture Industry Pension Plan, the Motion Picture Industry Individual Account Plan and the Motion Picture Industry Health

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN, AND MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>CHAIN LETTER, , L.L.C. a California limited liability corporation,<br><br>Defendant.<br>_____ | CASE NO. 2:12-MC-0009WBS(CKD)<br><br>The Honorable Carolyn K. Delaney<br>Courtroom 26<br><br>ORDER GRANTING REQUEST BY JUDGMENT CREDITORS TO CONTINUE JUDGMENT DEBTOR EXAMINATION OF DEON TAYLOR TO AUGUST 8, 2012<br><br>Current Examination Date:<br>Date       : May 2, 2012<br>Time       : 10:00 a.m.<br>Courtroom  : 26, 8th floor<br><br>Requested Examination Date:<br>Date       : August 8, 2012<br>Time       : 10:00 a.m.<br>Courtroom  : 26, 8th floor |

IT IS HEREBY ORDERED, that the Judgment Debtor Examination of Deon Taylor, Member, Chain Letter, L.L.C., a California limited liability company, is continued to **August 8, 2012 at 10:00 a.m.** in Courtroom 26, 8th floor of this Court, located at 501 I Street, Sacramento, CA.

Judgment Creditors shall personally serve this Notice of Continuation on Deon Taylor, Member, Chain Letter, L.L.C., a California limited liability company, along with this Court's April 19, 2012, Order to Appear for Examination re: Enforcement of Judgment.

Dated: May 30, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE