1  Kathryn J. Halford (State Bar No. 68141)
   Sally S. Frontman (CA Bar No. 227735)
2  **WOHLNER KAPLON PHILLIPS YOUNG & CUTLER**
3  A Professional Corporation
   16501 Ventura Boulevard, Suite 304
4  Encino, California 91436
   Telephone:  (818) 501-8030, Ext. 331
5  Fax: (818) 501-5306
   Email: kjhalford@wkpyc.com
6  Email: sfrontman@wkpyc.com

7  Attorneys for Plaintiffs the Boards of Directors
   of the Motion Picture Industry Pension Plan, the
8  Motion Picture Industry Individual Account Plan
   and the Motion Picture Industry Health

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN, AND MOTION PICTURE INDUSTRY HEALTH PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> CHAIN LETTER, , L.L.C. a California limited liability corporation, <br><br> Defendant. <br> _____ | CASE NO. 2:12-MC-0009WBS(CKD) <br><br> The Honorable Carolyn K. Delaney <br> Courtroom 26 <br><br> ORDER GRANTING REQUEST BY JUDGMENT CREDITORS TO CONTINUE JUDGMENT DEBTOR EXAMINATION OF DEON TAYLOR TO AUGUST 8, 2012 <br><br> Current Examination Date: <br> Date        : May 2, 2012 <br> Time       : 10:00 a.m. <br> Courtroom : 26, 8th floor <br><br> Requested Examination Date: <br> Date        : August 8, 2012 <br> Time       : 10:00 a.m. <br> Courtroom : 26, 8th floor |

1  IT IS HEREBY ORDERED, that the Judgment Debtor Examination of Deon Taylor, Member, Chain Letter, L.L.C., a California limited liability company, is continued to **August 8, 2012 at 10:00 a.m.** in Courtroom 26, 8th floor of this Court, located at 501 I Street, Sacramento, CA.

Judgment Creditors shall personally serve this Notice of Continuation on Deon Taylor, Member, Chain Letter, L.L.C., a California limited liability company, along with this Court's April 19, 2012, Order to Appear for Examination re: Enforcement of Judgment.

Dated: May 30, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE